## JOE COGBURN v. THE STATE.

### No. 4410.   Decided March 28, 1917.

**Local Option—Appeal Bond—Recognizance—Jurisdiction.**

Where appellant was convicted in the County Court of a violation of the local option law and appealed to this court, and instead of entering into a recognizance, entered into an appeal bond, and it was not shown that he was in jail, the appeal must be dismissed for want of jurisdiction.

Appeal from the County Court of Kaufman. Tried below before the Hon. J. P. Coon.

Appeal from a conviction of the local option law; penalty, a fine of twenty-five dollars and twenty days confinement in the county jail.

The opinion states the case.

*S. J. Osborne,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of violating the local option law, and prosecutes an appeal.

After the adjournment of the term of court at which the conviction occurred appellant entered into an appeal bond to this court instead of a recognizance. The Assistant Attorney General moves to dismiss the appeal because of the want of a recognizance. We are of opinion that this motion should be sustained, as it is not shown by this record that appellant is in jail and has been since the conviction or notice of appeal.

The motion will be sustained and the appeal dismissed.

*Dismissed.*